

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DUSTIN SHANE GRAYDON, | § | No. 08-15-00068-CR |
| Appellant, | § | Appeal from the |
| v. | § | 213th District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1363178D) |
| | § | |

# **O R D E R**

The Court GRANTS Sheila Walker's third request for an extension of time within which to file the Reporter's Record until **August 12, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Sheila Walker, Official Court Reporter for the 213th District Court for Tarrant County, Texas, prepare the Reporter's Record and forward the same to this Court on or before August 12, 2015.

IT IS SO ORDERED this 21st day of July, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.